# Third District Court of Appeal

## State of Florida

Opinion filed December 2, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1373
Lower Tribunal No. 19-12149
_____

**Oscar Tuoza, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez (Davie), for appellants.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before FERNANDEZ, HENDON and LOBREE, JJ.

ON MOTION TO DISMISS

PER CURIAM.

We grant appellee's motion and dismiss this appeal without prejudice as one

taken from a non-final, non-appealable order. See Cicco v. Luckett Tobaccos, Inc., 934 So. 2d 560, 561 (Fla. 3d DCA 2006) ("We have long adhered to the rule that piecemeal appeals will not be permitted where claims are interrelated and involve the same transaction and the same parties remain in the suit."); S.L.T. Warehouse Co. v. Webb, 304 So. 2d 97, 99 (Fla. 1974) ("Generally, the test employed by the appellate court to determine finality of an order, judgment or decree is whether the order in question constitutes an end to the judicial labor in the cause, and nothing further remains to be done by the court to effectuate a termination of the cause as between the parties directly affected.").

Appeal dismissed.